R-G-R CONSTRUCTION CORP., Respondent, v. ABRAHAM J. RODOLITZ, Appellant.— In an action to foreclose a mechanic's lien, defendant appeals from an order of the Supreme Court, Queens County, dated April 12, 1962, which granted plaintiff's motion for leave to serve a supplemental complaint (Civ. Prac. Act, § 245-a). Order affirmed, with $10 costs and disbursements; the supplemental complaint to be served within 20 days after entry of the order hereon. No opinion. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

LESTER RUBIN et al., Doing Business as ELAR LUMBER CO., Appellants, v. ROBERT M. SMITH et al., Respondents and Third-Party Plaintiffs. GEORGE DOWNS et al., Third-Party Defendants.— In an action to enforce a mechanic's lien against moneys deposited with the County Clerk by defendants to discharge the lien, plaintiffs appeal from an *order* of the Supreme Court, Suffolk County, entered January 11, 1962 upon the decision of the court after a nonjury trial, dismissing their complaint. A formal judgment dismissing the complaint was thereafter entered April 13, 1962 upon such order, but there is apparently no appeal from such judgment. Order affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

GEORGE W. SEIF, as Chairman of the Citizens Planning Council of Huntington, et al., Appellants, v. PAUL H. HOCH, as Commissioner of Mental Hygiene of the State of New York, Respondent.— In an action to enjoin the defendant from proceeding to acquire by condemnation certain tracts of land in a residential area in the Town of Huntington, County of Suffolk, for the purpose of building a school or institution for mentally retarded children (Mental Hygiene Law, § 46, subd. 1), plaintiffs appeal from so much of an order of the Supreme Court, Suffolk County, entered February 26, 1962, as granted the defendant's cross motion to dismiss the complaint for failure to state facts sufficient to constitute a cause of action (Rules Civ. Prac., rule 106, subd. 4). Order, insofar as appealed from, affirmed, without costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Hill, Rabin and Hopkins, JJ., concur.

SKODNEK INDUSTRIES, INC., Respondent, v. SEABOARD FIRE & MARINE INSURANCE COMPANY, Appellant.— In an action upon a fire insurance policy, defendant appeals from a judgment of the Supreme Court, Nassau County, rendered March 28, 1962 on a jury's verdict after trial, in favor of the plaintiff. Judgment affirmed, with costs. No opinion. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.